# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

LOUIS REED, JR,

    Petitioner,

v.                               CASE NO. 4:10-cv-00438-MP-CAS

EDWIN G BUSS, et al.,

    Respondents.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation. (Doc. 41). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, the Court agrees that it represents a successive petition under 28 U.S.C. § 2254 filed without prior permission from the Eleventh Circuit. As such, it should be dismissed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Petitioner's second amended § 2254 petition (Doc. 16) is DENIED. A certificate of appealability is DENIED, and leave to appeal in forma pauperis is DENIED.

**DONE AND ORDERED** this _10th_ day of January, 2014

                                            *s/Maurice M. Paul*
                                        Maurice M. Paul, Senior District Judge